# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America<br>v.<br><br>MALIA L. ADAMS<br>*Defendant* | Case No. 2:18-mj-00623-NJK<br><br>Charging District: Superior Court of D.C.<br>Charging District's Case No. 2018_CMD_005219 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Superior Court of the District of Columbia<br>500 Indiana Ave., NW<br>Washington, DC 20001 | Courtroom No.: AS ORDERED |
|---|---|---|
| | | Date and Time: AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: July 10, 2018

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



X FILED   RECEIVED
  ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 10, 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY