# FILED

## UNDER

# SEAL

DAYLE ELIESON
United States Attorney
DANIEL SCHIESS
Assistant United States Attorney
501 Las Vegas Blvd South
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | Case No. 2:18-MJ-00623-NJK-1 |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | PETITION FOR ACTION |
| ) | | ON CONDITIONS OF |
| Malia Adams ) | | <u>PRETRIAL RELEASE</u> |
| Defendant ) | | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Austin R. Allison</u>, Pretrial Services Officer.   I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this <u>11th</u> day of July, 2018.

DAYLE ELIESON
United States Attorney

By \_\_\_\_\_/S/_____
DANIEL SCHIESS
Assistant U.S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEVADA

U.S.A. vs. Malia Adams                                    Docket No. 2:18-MJ-00623-NJK-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW AUSTIN R. ALLISON, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Malia Adams, who was placed July 10, 2018, on a Personal Recognizance Bond with the following conditions:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. Travel is restricted to Clark County, NV.
3. The defendant may travel to District of Columbia for the purpose of Court only.
4. The defendant shall maintain residence at a halfway house or community corrections center as Pretrial Services or the supervising officer considers necessary.
5. The defendant shall pay all or part of the costs for residing at the halfway house or community corrections center based upon her ability to pay as Pretrial Services or the supervising officer determines.
6. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.

**Respectfully presenting petition for action of Court and for cause as follows:**

1. On July 11, 2018, the defendant absconded from the halfway house, and her whereabouts are currently unknown.

**PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED BASED UPON THE ALLEGATIONS OUTLINED ABOVE. FURTHER, THAT A HEARING BE SET TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

ORDER OF COURT

Considered and ordered this 12 day of July, 2018 and ordered filed and made a part of the records in the above case.

_____
Honorable Nancy J. Koppe
U.S. Magistrate Judge

I declare under penalty of perjury that the information herein is true and correct. Executed on this 11th day of July, 2018.

Respectfully Submitted,

_____
Austin Allison
U.S. Pretrial Services Officer
Place: Las Vegas, Nevada