# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff(s),<br>v.<br>MALIA L. ADAMS,<br>    Defendant(s). | Case No.: 2:18-mj-00623-NJK<br>**ORDER**<br>[Docket No. 11] |

Pending before the Court is the Government's motion to unseal the petition for action on conditions of pretrial release. Docket No. 11 (motion to unseal); *see also* Docket No. 8 (petition and order). As a threshold matter, the motion to unseal itself was filed under seal but no reason has been advanced for doing so. The Clerk's Office is **INSTRUCTED** to unseal the motion itself (Docket No. 11).

As to the substance of the motion to unseal, it is hereby **GRANTED** for good cause shown. The Clerk's Office is **INSTRUCTED** to unseal the petition and order (Docket No. 8).

IT IS SO ORDERED.

Dated: October 25, 2019

                                                                                                     _____
                                                                                                     Nancy J. Koppe
                                                                                                     United States Magistrate Judge

1