RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Malia Adams

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MALIA ADAMS,<br><br>             Defendant. | Case No. 2:18-mj-00623-NJK<br><br>**STIPULATION TO DISMISS PRETRIAL SERVICES PETITION AND VACATE DETENTION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Christopher Chiou, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Defendant Malia Adams, to respectfully request that the Pretrial Services violation be dismissed, and the detention hearing currently scheduled for November 12, 2019 at 2:30 pm, be vacated.

This Stipulation is entered into for the following reasons:

1. Ms. Adams' case originated in the District of Columbia. ECF No. 1; *see U.S. v. Malia L. Adams*, D.C. Superior Court Case No. 2018 CMD 005219. She was arrested in Nevada on a warrant, placed on pretrial supervision, and then absconded. *See* ECF Nos. 8, 11.

2. A Petition for Action on Conditions of Pretrial Release ("Pretrial Petition") was filed and a warrant was issued by this Court. *See* ECF No. 8. Ms. Adams was recently arrested in California on the warrant. *See* ECF No. 13.

3. Ms. Adams had a scheduled hearing on November 7, 2019, in the District of Columbia to resolve the underlying case. She entered a plea of guilty and was sentenced to time served. A hearing is currently set in this District on the Pretrial Petition on November 12, 2019.

4. The parties and Pretrial Services Supervisory Officer Erin Oliver believe that the pending Pretrial Petition is unnecessary because Ms. Adams has resolved the underlying case in the District of Columbia. *See U.S. v. Malia L. Adams*, D.C. Superior Court Case No. 2018 CMD 005219, Judgment.

5. The parties therefore request the Pretrial Petition be dismissed and that the detention hearing on November 12, 2019 be vacated.

DATED this 8th day of November, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Christopher Chiou*<br>By_____<br>CHRISTOPHER CHIOU<br>Assistant United States Attorney |

| | |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 2:18-mj-00623-NJK |
| Plaintiff, | | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | | |
| MALIA ADAMS, | | |
| Defendant. | | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Ms. Adams' case originated in the District of Columbia. ECF No. 1; *see U.S. v. Malia L. Adams*, D.C. Superior Court Case No. 2018 CMD 005219. She was arrested in Nevada on a warrant, placed on pretrial supervision, and then absconded. *See* ECF Nos. 8, 11.

2. A Petition for Action on Conditions of Pretrial Release ("Pretrial Petition") was filed and a warrant was issued by this Court. *See* ECF No. 8. Ms. Adams was recently arrested in California on the warrant. *See* ECF No. 13.

3. Ms. Adams had a scheduled hearing on November 7, 2019, in the District of Columbia to resolve the underlying case. She entered a plea of guilty and was sentenced to time served. A hearing is currently set in this District on the Pretrial Petition on November 12, 2019.

4. Ms. Adams has resolved the underlying case. *See U.S. v. Malia L. Adams*, D.C. Superior Court Case No. 2018 CMD 005219, Judgment. As a result, the Pretrial Petition should be dismissed and the detention hearing on November 12, 2019 should be vacated.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MALIA ADAMS,

    Defendant.

Case No. 2:18-mj-00623-NJK

**ORDER**

IT IS THEREFORE ORDERED that the detention hearing currently scheduled for Tuesday, November 12, 2019 at 2:30 p.m., be vacated, and that the Petition for Action on Conditions of Pretrial Release (ECF No. 8) be dismissed and this case closed.

DATED this 8th day of November, 2019.

                                          UNITED STATES MAGISTRATE JUDGE